**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

HOUSTON SPECIALTY INSURANCE
COMPANY,

    Plaintiff,

vs.                                          CASE NO: 0:20-cv-60091-RKA

DAVID J. FENSTERSHEIB and          **Dispositive motion**
FENSTERSHEIB LAW GROUP P.A.,

    Defendants.
_____/

**JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to the Court's Amended Scheduling Order (D.E. 122), the parties file this joint statement of undisputed material facts in support of their dispositive motion briefing, and state:

1. Fenstersheib is a personal injury law firm that referred hundreds of its clients to a group of medical providers that agreed to provide them with care in exchange for guaranteed payment from the firm from any settlements and judgments. (*See Underlying Compl.*, ¶32, 5.)

2. This arrangement was necessary because the firm's clients often did not have health insurance and were otherwise unable to pay for their medical treatment. (*Id.*, ¶67.)

3. To guarantee they would be paid, the providers received "written contractual liens executed by both [Fenstersheib] and their clients" requiring Fenstersheib "to withhold recovered monies and pay the providers." (*Id.*, ¶6.)

4. On July 26, 2017, Fenstersheib discovered that one of its employees, Michael Wihlborg, embezzled millions from the firm's trust account. (*See* 2017 *KR Report*, Pg. 2.)

5. On August 21, 2017, Fenstersheib hired a forensic accounting firm, Kaufman, Rossin & Co. ("KR"), to prepare a report regarding the theft.

6. KR drafted a Report dated October 26, 2017.

7. KR drafted a Supplemental Report dated August 14, 2019.

8. On November 7, 2017, Fenstersheib reported the theft to the Florida Bar.

9. On August 9, 2018, Fenstersheib submitted a sworn proof of loss to Phoenix Insurance Company ("Travelers") under the fidelity coverage section of the insurance policy(ies).

10. On July 30, 2019, certain medical providers sued Fenstersheib.

11. HSIC issued a claims made and reported Professional Liability insurance policy to "Law Offices of Robert J. Fenstersheib & Associates P.A." as the Named Insured, which incepted on 09/01/2017 through 09/01/2018, and was renewed on 09/01/2018 through 09/01/2019.

12. Fenstersheib first reported the matter to HSIC on June 21, 2018.

13. HSIC denied coverage.

14. On August 19, 2019, HSIC agreed to defend Fenstersheib under a complete reservation of rights.

15. HSIC defended Fenstersheib until the action settled.

Respectfully submitted,

s/MICHELE A. VARGAS
SINA BAHADORAN
Florida Bar No. 523364
Sina.Bahadoran@Clydeco.us
MICHELE A. VARGAS
Florida Bar No. 686395
Michele.Vargas@Clydeco.us

CLYDE & CO US LLP
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
T: 305.446.2646

/s/ STEPHEN A. MARINO, JR.
**STEPHEN A. MARINO, JR.**
Florida Bar No. 79170
smarino@vpm-legal.com
jpacheco@vpm-legal.com
**MICHAL MEILER**
Florida Bar No. 86522
mmeiler@vpm-legal.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27, 20212 I e-filed this document using the CM/ECF system.  I further certify that I am not aware of any non CM/ECF participants.

/s/MICHELE A. VARGAS
MICHELE A. VARGAS
