# EXHIBIT D

**EXHIBIT D**



**From:** Michal Meiler <MMeiler@vpm-legal.com>
**Sent:** Friday, April 23, 2021 12:58 PM
**To:** Bahadoran, Sina <Sina.Bahadoran@clydeco.us>
**Cc:** michele.vargas@clydeco.us; Stephen A. Marino Jr <SMarino@vpm-legal.com>; Judith T. Pacheco <jpacheco@vpm-legal.com>
**Subject:** Re: Houston Specialty Ins. Co. v. David Fenstersheib, et al.

Hi Sina,

I left you a voicemail earlier.  We have not heard back from you and if we do not receive an objection by 4PM today, we will understand that HSIC consents and will execute the term sheet now that we have provided the stipulation that Ms. Vargas had requested.

**From:** Michal Meiler <MMeiler@vpm-legal.com>
**Sent:** Thursday, April 22, 2021 3:01 PM
**To:** Bahadoran, Sina <Sina.Bahadoran@clydeco.us>
**Cc:** michele.vargas@clydeco.us <michele.vargas@clydeco.us>; Stephen A. Marino Jr <SMarino@vpm-legal.com>; Judith T. Pacheco <jpacheco@vpm-legal.com>
**Subject:** Houston Specialty Ins. Co. v. David Fenstersheib, et al.

Hi Sina,

Attached is the stipulation requested by HSIC.  Please confirm that the insureds now have HSIC's consent to effectuate the settlement agreement in *Beth Israel Outpatient Surgical Center, LLC, et al. v. Fenstersheib Law Group, P.A., et al.*, Broward County Circuit Court

Case No. CACE-19-015541.

Thank you.