UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60091-CIV-ALTMAN/Hunt

HOUSTON SPECIALTY
INSURANCE COMPANY,

    *Plaintiff*,

v.

DAVID FEINSTERSHEIB *and*
FENSTERSHEIB LAW GROUP, P.A.,

    *Defendants*.

_____/

## OMNIBUS ORDER

The parties came before the Court on July 8, 2022, for hearing on two motions: the Plaintiff's Motion to Strike Affirmative Defenses [ECF No. 117], and the Defendants' Motion for Leave to File Under Seal [ECF No. 171]. Magistrate Judge Hunt had issued a Report and Recommendation on the Motion to Seal [ECF No. 180], and the Defendants objected to that R&R [ECF No. 181]. For the reasons stated on the record, we **ORDER AND ADJUDGE** as follows:

1. The Motion to Strike Affirmative Defenses [ECF No. 117] is **GRANTED IN PART** as to the Second Affirmative Defense, which shall be stricken as an affirmative defense and treated as a denial, and **DENIED** as to the First and Third Affirmative Defenses.

2. The Motion for Leave to File Under Seal [ECF No. 171] is **DENIED**, and we **ADOPT** the R&R [ECF No. 180] in full.

3. By **July 29, 2022**, the Defendants shall file on the public docket the Exhibits that were the subject of the Motion for Leave to File Under Seal. If the Defendants choose to redact the Exhibits, they must simultaneously file an unredacted copy under seal pursuant to Local Rule 5.4(b).

**DONE AND ORDERED** in Fort Lauderdale, Florida this 8th day of July 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record